In the Matter of DeRAFFELE MANUFACTURING Co., INC., Respondent, v KALOAKAS MANAGEMENT CORP. et al., Appellants.

Submitted September 22, 2008; decided December 2, 2008

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the denial of appellants' motion to renew, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

ANNA MARIE DeSIMONE, Respondent, v ROYAL GM, INC., et al., Appellants.

Submitted October 14, 2008; decided December 2, 2008

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's order denying appellants' postjudgment motion to set aside the verdict, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

MICHAEL D. DIEDERICH, JR., Appellant, v NYACK HOSPITAL et al., Respondents, et al., Defendants.

Submitted October 14, 2008; decided December 2, 2008

Motion, insofar as it seeks leave to appeal against Tyrone McNeill, the Orangetown Police Department and the Town of Orangetown, dismissed upon the ground that as to these parties the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Judge JONES taking no part.